IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.  :  CASE NO.: CR513-015

CORTEZ TERRAIL HODGES

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Defendant Cortez Hodges ("Hodges") filed Objections. Hodges objects to the Magistrate Judge's conclusion that the affidavits and applications for search warrants contained sufficient information for the issuance of the search warrants. The Magistrate Judge's conclusion that Detective Bryan Crawford's affidavits in support of his applications for search warrants established probable cause for the issuance of those warrants is based on controlling case law principles. The Magistrate Judge's conclusion is also based on the facts presented during the evidentiary hearing and his review of the affidavits in support of the applications for search warrant. Hodges presents nothing in his Objections which indicates that the Magistrate Judge's analysis and conclusions of law are incorrect.

Hodges' Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Hodges' Motion to Suppress

is **DENIED**. The Government is entitled to use all evidence obtained as a result of the execution of the two (2) search warrants.

**SO ORDERED**, this 21 day of October, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA